IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN REYNOLDS, | No. CIV S-11-2387-MCE-CMK |
| Plaintiff, | |
| vs. | ORDER |
| KAMALA D. HARRIS, | |
| Defendant. | |
| _____/ | |

    Plaintiff, who is proceeding pro se, brings this civil action challenging the constitutionality of California Fish and Game Code §§ 5653-5653.9 and seeking prospective declaratory and injunctive relief.[1]  Pending before the court is plaintiff's request for leave to proceed in forma pauperis (Doc. 2).  Plaintiff's complaint, and service thereof by the United States Marshal if appropriate, will be addressed separately.  The Clerk of the Court shall not issue summons or set this matter for an initial scheduling conference unless specifically directed by the court to do so.

---

    [1]    The court takes judicial notice of an identical action filed in this court as <u>Reynolds v. State of California</u>, E. Dist. Cal. case no. CIV-S-11-1381-MCE-CMK.  See <u>Chandler v. U.S.</u>, 378 F.2d 906, 909 (9th Cir. 1967) (stating that court may take judicial notice of its own records).

1

Plaintiff has submitted the affidavit required by 28 U.S.C. § 1915(a) showing that plaintiff is unable to prepay fees and costs or give security therefor.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for leave to proceed in forma pauperis (Doc. 2) is granted.

DATED: September 20, 2011

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE