IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN REYNOLDS, | No. CIV S-11-2387-MCE-CMK |
| Plaintiff, | |
| vs. | ORDER |
| KAMALA D. HARRIS, | |
| Defendant. | |

Plaintiff, who is proceeding pro se, brings this civil action challenging the constitutionality of California Fish and Game Code §§ 5653-5653.9 and seeking prospective declaratory and injunctive relief. Plaintiff has filed a notice of voluntary dismissal. Because no response to the complaint has been filed, leave of court is not required and the action is dismissed on plaintiff's notice. See Fed. R. Civ. P. 41(a)(1)(A)(i). The Clerk of the Court is directed to close this file.

      IT IS SO ORDERED.

DATED: October 5, 2011

                                                                                           */s/ Craig M. Kellison*
                                                                 **CRAIG M. KELLISON**
                                                                UNITED STATES MAGISTRATE JUDGE